JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON WRIGHT, | Case No. CV 18-06150 DMG (AFM) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| LAPD OFFICER LUDWIG, | |
| Defendant. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the above-captioned action is dismissed without prejudice for failure to prosecute.

DATED: November 30, 2018

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE